**Kenneth N. HAMMOND, Plaintiff–Appellant,**

v.

**William D. WILMOTH, Correctional Officer; H.F. Shiflett, Housing Unit Manager, Defendants–Appellees.**

**No. 00–7211.**

United States Court of Appeals, Fourth Circuit.

Submitted June 15, 2001.

Decided June 28, 2001.

Kenneth N. Hammond, pro se. Banci Enga Tewolde, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

Kenneth N. Hammond appeals the district court's order dismissing his action filed under 42 U.S.C.A. § 1983 (West Supp.2000), for failure to exhaust administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. *See Booth v. Churner,* —— U.S. ——, 69 U.S.L.W. 4387 (U.S. May 29, 2001) (No. 99–1964). Accordingly, we affirm on the reasoning of the district court. *Hammond v. Wilmoth,* No. CA–99–1684–AM (E.D. Va. filed Aug. 8, 2000); entered Aug. 9, 2000. Because Hammond may refile his action after exhaustion, we modify the dismissal to be without prejudice. 28 U.S.C. § 2106 (1994). We deny Hammond's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*